Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation), for defendant-petitioner.

John Rotondi, Jr., Deputy City Sol., Providence, for respondents.

ORDER

The petition for writ of certiorari is granted.

ORDER

The petition for writ of certiorari is denied.

■

Theresa **DURANTE**

v.

**RHODE ISLAND PUBLIC TRANSIT AUTHORITY.**

No. 81–508–M.P.

Supreme Court of Rhode Island.

Dec. 30, 1981.

Coia & Lepore, Ltd., Albert J. Lepore, George L. Santopietro, Providence, for plaintiff-respondent.

Breslin & Sweeney, Richard L. Walsh III, Warwick, for defendant-petitioner.

ORDER

The petition for writ of certiorari and petitioner's motion for stay are denied.

■

**TILACO CHEMICALS LTD.**

v.

The **ELECTROMET CO.**

No. 81–537–M.P.

Supreme Court of Rhode Island.

Jan. 7, 1982.

Richard K. Foster, Lincoln, for plaintiff-respondent.

Temkin & Miller, Ltd., Barry J. Kusinitz, Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari is denied. The stay previously entered in this case is hereby vacated.

■

Constantinos **KAFALAS** d/b/a Steve's Pizza

v.

Nicholas **FERRANTI**, Jr., et al.

No. 81–605–M.P.

Supreme Court of Rhode Island.

Dec. 30, 1981.

F. Thomas O'Halloran, George A. Pliakas, Providence, for petitioner.

Carl W. **BOLENDER** d/b/a Newport Bay Associates

v.

**COASTAL RESOURCES MANAGEMENT COUNCIL.**

No. 81–445–M.P.

Supreme Court of Rhode Island.

Jan. 14, 1982.

Paul Martellino, Newport, for petitioner.